**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 07-cv-01375-REB

UNITED STATES DEPARTMENT OF TRANSPORATION, and
FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION,

    Petitioners,

v.

MIKE BONORA, d/b/a BUDGET/BUDJET MOVER'S,

    Respondent.

---

**ORDER GRANTING PETITION FOR SUMMARY ENFORCEMENT
OF ADMINISTRATIVE SUBPOENAS**

---

**Blackburn, J.**

The matter before me is the **Petition For Summary Enforcement of Administrative Subpoenas** [#1] filed June 29, 2007, by the United States Department of Transportation (USDOT). I grant the petition for the reasons stated, arguments advanced, and authorities cited by the USDOT in its petition, *see* [#1], and concomitant brief, *see* [#2].

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Petition For Summary Enforcement of Administrative Subpoenas** [#1] file June 29, 2007, by the United States Department of Transportation **IS GRANTED**;

    2. That the respondent, Mike Bonora, dba Budget/Budjet Mover's, **SHALL APPEAR** before John McBride, Special Investigator of the Federal Motor Carrier Safety

Administration (FMCSA), at the FMCSA Division Office at 12300 West Dakota Avenue, Suite 130, Lakewood, Colorado 80228, on August 31, 2007, at 9:00 a.m. (MDT);

3. That the respondent, Mike Bonora, dba Budget/Budjet Mover's, **SHALL BRING** with him to the FMCSA office the papers, documents, and information commanded by and identified in the **Subpoena** duces tecum served on him on April 17, 2007, a copy of which is attached to this order; and

4. That as commanded in the attached subpoena duces tecum, the respondent, Mike Bonora, dba Budget/Budjet Mover's, **IS PROHIBITED AND ENJOINED** from destroying, concealing, transferring, or removing any of the papers, documents, and information identified in the subpoena duces tecum prior to review by the Federal Motor Carrier Safety Administration.

Dated July 25, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**