**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-01375-REB

UNITED STATES DEPARTMENT OF TRANSPORTATION, and
FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION,

      Petitioners,

v.

MIKE BONORA, d/b/a BUDGET/BUDJET MOVER'S,

      Respondent.

---

## ORDER

---

The Court, having reviewed the Unopposed Motion to Dismiss and Vacate Hearing [#12] filed November 29, 2007, by Plaintiffs United States Department of Transportation and the Federal Motor Carrier Safety Administration, and being fully advised of that motion's premises, hereby

ORDERS as follows:

1. That the motion [#12] is granted;

2. That the show cause hearing currently set for December 14, 2007, at 3:30 p.m., is vacated; and

3. That this matter is dismissed.

SO ORDERED November 30, 2007.

                        BY THE COURT:

                        s/ Robert E. Blackburn
                        Robert E. Blackburn
                        United States District Judge